UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAHBUB RAHMAN (ISN #1052), Detainee, Guantánamo Bay Naval Station, Guantánamo Bay, Cuba, *and* <br><br> MOHAMMAD RAHMAN, As Next Friend of Mahbub Rahman, *and* <br><br> SAMI AL HAJJ, As Next Friend of Mahbub Rahman, <br><br>   *Petitioners/Plaintiffs,* <br> v. <br><br> GEORGE W. BUSH, <br>   President of the United States <br>   The White House <br>   1600 Pennsylvania Ave., N.W. <br>   Washington, D.C. 20500, <br><br> ROBERT M. GATES, <br>   Secretary of Defense of the <br>   United States of America, <br>   Department of Defense <br>   1000 Defense Pentagon <br>   Washington, D.C. 20301-1000, <br><br> REAR ADMIRAL MARK H. BUZBY, <br>   Commander, Joint Task Force - GTMO <br>   JTF-GTMO <br>   APO AE 09360, and <br><br> ARMY COL. BRUCE VARGO, <br>   Commander, Joint Detention <br>    Operations Group, JTF - GTMO <br>   JTF-GTMO <br>   APO AE 09360, <br><br>   *Respondents/Defendants.* | LCvR 83.2 <br> CERTIFICATE OF COUNSEL |

Pursuant to LCvR 83.2 of the Rules of the United States District Court for the District of Colombia, the undersigned and his co-counsel hereby certify to the following:

1. Petitioner, a citizen of Afghanistan, has been imprisoned by respondents for approximately five years at the U.S. Naval Station at Guantánamo Bay, Cuba. Petitioner is identified by respondents at Guantánamo by his Internment Serial Number, 1052.

2. The undersigned and his co-counsel identified below are attorneys licensed to practice law in the State of North Carolina, and are members of good standing of the bar of the United States Court of Appeals for the District of Columbia Circuit and the federal and state courts within the State of North Carolina.

3. The undersigned and his co-counsel represent petitioner Mahbub Rahman ("petitioner"), who is appearing through his Next Friends, petitioners Mohammad Rahman and Sami Al Hajj in this action.

4. The undersigned and his co-counsel are all representing petitioner on a *pro bono* basis, without fee or compensation.

5. The undersigned and his co-counsel are personally familiar with the Local Rules of this Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

This the 15th day of July, 2008.

Robert M. Elliot (D.C. Cir. Bar # 51320)
Elliot Pishko Morgan, P.A.
426 Old Salem Road
Winston-Salem, NC 27101
Tel: (336) 724-2828
Fax: (336) 714-4499

2

        Stewart W. Fisher (D.C. Cir. Bar # 51544)
        Glenn, Mills & Fisher, P.A.
        400 West Main Street, Suite 709
        Durham, NC 27702
        Tel:  (919) 683-2135
        Fax:  (919) 688-9339

        C. Frank Goldsmith, Jr. (D.C. Cir. Bar # 51666)
        Goldsmith Goldsmith & Dews, P.A.
        P. O. Box 1107
        Marion, NC 28752-1107
        Tel:  (828) 652-3000
        Fax:  (828) 652-9196

        Attorneys for Petitioner

Shayana D. Kadidal
J. Wells Dixon
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway 7th Floor
New York NY  10012
Tel: (212) 614-6438

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is an attorney at law licensed to practice in the State of North Carolina, is attorney for the plaintiff and is a person of such age and discretion as to be competent to serve process.

That on July 15, 2008 he served a copy of the foregoing document by placing said copy in a postpaid envelope addressed to the persons hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and its contents in the United States Mail at Winston-Salem, North Carolina.

Sarang V. Damle
Attorney, Appellate Staff Civil Division
U.S. Department of Justice
950 Pennsylvania Ave., NW, Room 7217
Washington DC 20530-0001

Robert M. Loeb, Esq.
U.S. Department of Justice
Civil Division, Room 7268
950 Pennsylvania Ave., N.W.
Washington, DC  20530-0001

_____
Robert M. Elliot (D.C. Cir. Bar # 51320)