UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAHBUB RAHMAN, Detainee,<br>Guantanamo Bay Naval Station,<br>Guantanamo Bay, Cuba, *and*<br><br>MOHAMMAD RAHMAN, As Next Friend of<br>Mahbub Rahman, *and*<br><br>SAMI AL HAJJ, As Next Friend of Mahbub<br>Rahman,<br>　　　*Petitioners/Plaintiff(s)*<br><br>vs.<br><br>Bush, et al.<br>　　　*Respondents/Defendant(s)* | APPEARANCE<br>CASE NUMBER 08-1223;<br>MISC. NO. 08-442 (TFH) |

To the Clerk of the court and all parties of record:

Pursuant to LCvR 83.2 of the Rules of the United States District Court for the District of Columbia, please enter the appearance of Stewart W. Fisher as *pro bono* counsel in this case for:

Mahbub Rahman, Mohammad Rahman, and Sami Al Hajj.

July 30, 2008

D.C. Cir. Bar # 51544

Stewart W. Fisher
Glenn, Mills, Fisher & Mahoney, P.A.
P.O. Box 3865
Durham, NC 27702
Tel: (919) 683-2135