## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MAHBUB RAHMAN (ISN#1052), et al.,            )
                                             )
                    Petitioners/Plaintiffs,  )          Civil Action No. 08-CV-1223 (TFH)
                                             )
                                             )          NOTICE OF APPEARANCE
          v                                  )
                                             )          LcvR 83.2
GEORGE W. BUSH, et al,                       )
                                             )
                    Respondents/Defendants ) 

Please take notice that the undersigned attorney hereby enters his appearance as co-counsel of record for petitioners in this action, together with attorneys Robert M. Elliot and Stewart W. Fisher.

Further, pursuant to Local Rule 83.2, the undersigned certifies that he represents the petitioner on a *pro bono* basis, without any payment of a fee or other compensation.

This the 1st day of August, 2008.

_____

C. FRANK GOLDSMITH, JR.
Goldsmith, Goldsmith & Dews, P.A.
57 South Main Street
Post Office Box 1107
Marion, NC 28752
Telephone: 828-652-3000
frank@goldsmithdews.com

Attorney for Petitioners