UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAHMAN, *et al,*<br>    Petitioners,<br><br>v.<br><br>BUSH, *et al,*<br>    Respondents. | )<br>)<br>)<br>)    Case Number 08-CV-1223 (TFH)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

J. Griffin Morgan of the law firm of Elliot Pishko Morgan, P.A., hereby gives notice of his appearance as counsel for the petitioners in the above-captioned action.

This the 13th day of August, 2008.

/s/ J. Griffin Morgan
J. Griffin Morgan (D.C. Cir. Bar No. 51744)
Elliot Pishko Morgan, P.A.
426 Old Salem Road
Winston-Salem, NC 27101
Tel: (336) 724-2828
Fax: (336) 714-4498
E-mail: jgmorgan@epmlaw.com

Robert M. Elliot (D.C. Cir. Bar # 51320)
Elliot Pishko Morgan, P.A.
426 Old Salem Road
Winston-Salem, NC 27101
Tel: (336) 724-2828
Fax: (336) 714-4499

Stewart W. Fisher (D.C. Cir. Bar # 51544)
Glenn, Mills & Fisher, P.A.
400 West Main Street, Suite 709
Durham, NC 27702
Tel: (919) 683-2135
Fax: (919) 688-9339

>C. Frank Goldsmith, Jr. (D.C. Cir. Bar # 51666)
>Goldsmith Goldsmith & Dews, P.A.
>P. O. Box 1107
>Marion, NC 28752-1107
>Tel: (828) 652-3000
>Fax: (828) 652-9196
>
>Attorneys for Petitioner

Shayana D. Kadidal
J. Wells Dixon
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway 7th Floor
New York NY 10012
Tel: (212) 614-6438