# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MAHBUB RAHMAN, Detainee,** | ) | **Cleared for public** |
| **Guantanamo Bay Naval Station,** | ) | **filing by Court** |
| **Guantanamo Bay, Cuba,** *and* | ) | **Security Officer** |
| | ) | |
| **MOHAMMAD RAHMAN, As Next Friend of** | ) | **STATUS REPORT** |
| **Mahbub Rahman,** *and* | ) | CASE NUMBER 08-1223 |
| | ) | |
| **SAMI AL HAJJ, As Next Friend of Mahbub** | ) | |
| **Rahman,** | ) | |
| *Petitioners/Plaintiff(s)* | ) | |
| | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | |
| | ) | |
| | ) | |
| **Bush, et al.** | ) | |
| *Respondents/Defendant(s)* | ) | |

NOW COMES Petitioner Mahbub Rahman, through his attorneys of record and submits this report summarizing the status of this case.

## PROCEDURAL STATUS

Petitioner previously filed a Petition for Release and other Relief under the Detainee Treatment Act of 2005 with the United States Court of Appeals for the District of Columbia Circuit (Case No. 08-1054). On July 16, 2008, following the decision in Boumedienne v. Gates, __ U.S.__, 128 S.Ct. 2229, 171 L.Ed. 2d 41 (2008), Petitioner filed a Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief in this Court.

## STATUS OF PETITIONER'S ATTORNEYS ACCESS TO THEIR CLIENT AND FACTUAL INFORMATION ABOUT HIS CASE

Petitioner's attorneys have not yet obtained access to their client or the factual

1

information regarding the basis for Petitioner's detention and classification as an enemy combatant. The attorneys for Petitioner need to obtain all of the relevant information necessary to adequately and to zealously represent their client.

Petitioner's attorneys have all obtained their security clearances, hired an interpreter, and are scheduling a trip to meet with their client during the week of October 13, 2008. Petitioner has asked Respondents for permission to review documents, such as the "Classified Factual Return" at the Secure Facility. At the present time most of the information counsel have concerning Petitioner comes from non-classified documents on the website of the United States Department of Defense. This non-classified information concerning the purported justification for Petitioner's imprisonment is from excerpts of Petitioner's Combatant Status Review Tribunal and Administrative Review Board proceedings.

<u>**CONCLUSION**</u>

Petitioner requests that the Court enter an Order compelling Respondents to provide Petitioner's security-cleared counsel with access to reasonably available information in the possession of the United States government that bears upon the issue of why Petitioner was or continues to be designated as an "enemy combatant," whether or not such information previously has been compiled; and an Order that Petitioner be allowed to conduct discovery, including but not limited to, a request for production of documents related to Petitioner's CSRT, his detention, and his interrogation.

This the 31st day of July, 2008.

_____
Stewart W. Fisher (D.C. Cir. Bar # 51544)
GLENN, MILLS, FISHER & MAHONEY, P.A.
P.O. Box 3865
Durham, North Carolina  27702
Telephone No.: (919) 683-2135
Facsimile No.: (919)6888-9339


Robert M. Elliot (D.C. Cir. Bar # 51544)
Elliot Pishko Morgan, P.A.
426 Old Salem Road
Winston-Salem, North Carolina 27101
Telephone No.: (336)724-2828
Facsimile No.: (336)714-4499


C. Frank Goldsmith, Jr. (D.C. Cir. Bar # 51666)
Goldsmith Goldsmith & Dews, P.A.
P.O. Box 1107
Marion, North Carolina 28752-1107
Telephone No.: (828) 652-3000
Facsimile No.: (828)652-9196


Shayana D. Kadidal
J. Wells Dixon
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway 7th Floor
New York NY 10012
Telephone No.: (212)614-6438

3

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that he is an attorney at law licensed to practice

in the State of North Carolina., is attorney for the Petitioner, and is a person of such age and

discretion as to be competent to serve process.

The undersigned certifies that on July 31, 2008 he served a copy of the foregoing

document by Federal Express at the addresses below.

> Judry L. Subar
> U.S. Department of Justice
> Civil Division
> Federal Programs Branch
> Room 7342
> 20 Massachusetts Avenue, N.W.
> Washington, D.C.  20530
> (202) 514-3969
>
> Nate Johnson
> Court Security Officer
> U.S. Department of Justice
> 20 Massachusetts Avenue, N.W.
> Suite 5300
> Washington, D.C. 20530

This the 31st day of July, 2008

_____

Stewart W. Fisher