IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF COLUMBIA

Mahbub Rahman, *et al.*,

        Petitioner,

Civil Action No. 08-cv-1223 (UNA)

GEORGE W. BUSH,
   President of the United States, *et al.*

        Respondents.

**NOTICE OF APPEARANCE AND CERTIFICATION
OF REPRESENTATION WITHOUT COMPENSATION**

Please enter my appearance on behalf of the petitioner in the above-captioned case. I hereby further certify, pursuant to Local Civil Rule 83.2(g), that I am representing these petitioners without compensation.

Dated:    August 29, 2008

           Respectfully submitted,

           Counsel for Petitioner:

           /s/
           Pardiss Kebriaei (Pursuant to LCvR 83.2(g))
           CENTER FOR CONSTITUTIONAL RIGHTS
           666 Broadway, 7th Floor
           New York, New York 10012
           Tel: (212) 614-6452
           Fax: (212) 614-6499